IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | |
| | ) | 1:07-CR-108-ODE-GGB |
| SHERRY PEEL JACKSON | ) | 1:09-CV-2403-ODE-GGB |

## MOTION TO WITHDRAW CERTAIN GROUNDS IN PENDING HABEAS PETITION & TO CANCEL EVIDENTIARY HEARING

The Defendant, SHERRY PEEL JACKSON, hereby withdraws all but one of the grounds for relief set forth in her pending habeas petition. She also moves this Court to cancel the evidentiary hearing scheduled for June 14, 2010. In support of this motion, Ms. Jackson offers the following:

1.

On August 31, 2009, Ms. Jackson filed *pro se* a habeas petition pursuant to 28 U.S.C. § 2255. (Doc. 17). In the petition, she challenged both the underlying conviction and the sentence. Ms. Jackson challenged the conviction by raising several claims related to ineffective assistance of trial counsel. In the petition, these were labeled as follows: Ground I and Ground II. *Id.* at 17-24. In Ground III, she argued that the Court failed to provide counsel at sentencing and failed to properly warn her of the risks of representing herself at that hearing. *Id.* at 24-29 (known as the *Faretta v. California* issue).

2.

The Court recently appointed undersigned counsel to represent Ms. Jackson in this case. (Doc. 126). The Court also scheduled an evidentiary hearing for June 14, 2010, on the various ineffective assistance of counsel issues. Upon further consideration, Ms. Jackson has since decided that she will <u>withdraw</u> the grounds of the habeas petition which rely upon alleged ineffective assistance of counsel. She has signed a letter making clear her intent to do so. *See* Attachment A. Instead, Ms. Jackson asks this Court to decide the habeas petition only upon the remaining *Faretta* issue. With that in mind, the narrowing of the petition renders the evidentiary hearing unnecessary. Ms. Jackson hereby waives the hearing. She also asks this Court to cancel the pending writ which requires the United States Marshals to uproot Ms. Jackson from the FCI Tallahassee and transport her to Atlanta for the hearing. (Doc. 130).

3.

In light of the substantially narrowed habeas petition, Ms. Jackson hopes that this Court may simply decide the *Faretta* issue on the record before it, including Ms. Jackson's petition and the transcripts.[1] Ms. Jackson has previously argued in a *pro*

---

[1] The Court's evaluation of the *Faretta* issue will likely require a reading of the transcript of the motion hearing on January 24, 2008, and the sentencing hearing on February 14, 2008. (Docs. 101, 115).

*se* filing that the government has waived its right to respond to the *Faretta* issue with a written brief and, therefore, she now asks this Court to decide the issue without further briefing. (Doc. 122 at 2). However, if the Court does permit the government to write such a response, Ms. Jackson asks the Court to provide the government with a short time to craft an argument to this relatively discrete issue. Ms. Jackson filed her habeas petition nine months ago and asks this Court to provide her the "swift and imperative remedy" required by the Supreme Court. *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 490, 93 S. Ct. 1123, 1127 (1973).

    Dated: This the 14th day of May, 2010.

        Respectfully submitted,

        s/ *W. Matthew Dodge*
        W. MATTHEW DODGE
        Georgia State Bar No. 224371
        Attorney for Ms. Jackson

        Federal Defender Program, Inc.
        101 Marietta Street, N.W., Suite 1500
        Atlanta, Georgia 30303
        (404) 688-7530  Fax (404) 688-0768
        Matthew_Dodge@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1C, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Jamila Hall, Assistant United States Attorney, 600 Richard B. Russell Building, 75 Spring Street, S. W., Atlanta, Georgia, 30303.

Dated: This the 14th day of May, 2010.

                                                   s/ *W. Matthew Dodge*
                                                   W. MATTHEW DODGE